█     In the Matter of BOARD OF EDUCATION OF ARDSLEY UNION FREE SCHOOL DISTRICT, TOWN OF GREENBURGH, Appellant, v ARDSLEY CONGRESS OF TEACHERS, Respondent.—In a proceeding pursuant to CPLR article 75 to vacate an award made in arbitration, petitioner appeals from an order of the Supreme Court, Westchester County, entered September 20, 1974, which denied its application and dismissed the proceeding. Order affirmed, with $50 costs and disbursements. None of the limited bases upon which a court may vacate an arbitration award (CPLR 7511) are present in the instant case. The clause pursuant to which the parties agreed to arbitrate matters affecting the conditions of a teacher's employment, i.e., teacher load and class size, does not interfere with the school board's powers and duties with regard to the operation and management of schools. Petitioner's argument that no grievance was timely pursued is rejected. Hopkins, Acting P. J., Martuscello, Margett, Christ and Shapiro, JJ., concur.

█     In the Matter of LEROY P. (ANONYMOUS), Appellant.—In a proceeding pursuant to article 7 of the Family Court Act, the appeal (by permission), as limited by appellant's brief, is from so much of an order of the Family Court, Queens County, dated October 9, 1973, as denied a motion to vacate a fact-finding determination that appellant had committed an act which, if done by an adult, would constitute a crime. The balance of the order dismissed the petition and terminated the proceeding. Order reversed insofar as appealed from, on the law and the facts, without costs, motion granted and fact-finding determination vacated. The record on this appeal reveals (and the Corporation Counsel concedes in his brief) that there was a failure to prove that appellant possessed an instrument in violation of subdivision 4 of section 265.05 of the Penal Law as charged in the petition; accordingly, the fact-finding determination should be vacated. Gulotta, P. J., Hopkins, Martuscello, Cohalan and Rabin, JJ., concur.

█     In the Matter of QUEENS WHITFOR COMPANY, Respondent, v TAX COMMISSION OF THE CITY OF NEW YORK et al., Appellants.—The respective attorneys for the parties to this proceeding have, on this appeal from a judgment of the Supreme Court, Kings County, dated September 9, 1975, entered into a written stipulation, dated December 3, 1975, after a conference held in this court before Mr. Justice Gittleson on December 2, 1975, agreeing that the judgment be modified in a specified manner. In accordance with the foregoing, the judgment is hereby modified by increasing the total assessments set forth in the second decretal paragraph thereof for the tax years 1966/1967, 1967/1968, 1968/1969 and 1969/1970 from the amount of $483,500 for each such tax year to the amount of $490,000 for each such tax year. As so modified, judgment affirmed, without costs. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.